■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HOLLAND, Appellant. [627 NYS2d 972] —Appeal by the defendant from (1) a judgment of the Supreme Court, Queens County (Rotker, J.), rendered June 16, 1993, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree under Indictment No. 11827/92, upon a jury verdict and imposing sentence, and (2) an amended judgment of the same court also rendered June 16, 1993, revoking a sentence of probation previously imposed by the same court (Corrado, J.), upon his admission that he had violated a condition thereof, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal sale of a controlled substance in the third degree, under Indictment No. 13979/90.

Ordered the judgment and amended judgment are affirmed.

The defendant's contention that he was deprived of a fair trial on the ground that the prosecutor exercised a peremptory challenge in a racially discriminatory manner is unpreserved for appellate review *(see, People v Cruz,* 200 AD2d 581). We further find that reversal is not warranted because of the prosecutor's comments during summation *(see, People v D'Alessandro,* 184 AD2d 114). Although some of the prosecutor's comments may have been better left unsaid, any error was harmless in light of the overwhelming evidence of the defendant's guilt *(see, People v Vasquez,* 212 AD2d 819). The defendant's sentences are not excessive *(see, People v Suitte,* 90 AD2d 80). Rosenblatt, J. P., Ritter, Copertino and Santucci, JJ., concur.